IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.   CHRISTOPHER LEE BARGER,<br><br>        Plaintiff,<br><br>v.<br><br>2.   CITY OF PURCELL, OKLAHOMA and<br><br>3.   OFFICER BLAKE STEELY, of the PURCELL POLICE DEPARTMENT, in his individual capacity,<br><br>        Defendants | Case No. CIV-17-292-R |

## COMPLAINT

COMES NOW the Plaintiff, Christopher Lee Barger, and for his causes of action herein alleges and states as follows:

### PARTIES, JURISDICTION AND VENUE

1. The Plaintiff is Christopher Lee Barger, an adult resident of McClain County in the State of Oklahoma.

2. Defendant are:

   a. The City of Purcell, Oklahoma;

   b. Officer Blake Steely, in his individual capacity. Officer Steely is an officer and/or employee of the City of Purcell Police Department and at all times pertinent was acting under the color of law.

3. This is a cause of action for a violation of Plaintiff's constitutional rights pursuant to the Fourth and Fourteenth Amendments to the United States Constitution. Plaintiff's right to be free from the use of excessive force was taken by government actors and is actionable under 42 U.S.C. § 1983. Jurisdiction over such claims is vested pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1983. Plaintiff's corresponding state law claims arise out of the same core facts and jurisdiction over them is vested in this Court under 28 U.S.C. § 1367.

4. Defendants are located in McClain County, Oklahoma, and all acts complained of occurred in McClain County. McClain County is located within the Western District for the United States District Court of Oklahoma and, therefore, venue is proper in this Court under 28 U.S.C. § 1391(B).

**STATEMENT OF FACTS**

5. On or about September 8, 2015, Christopher Barger was rightfully and lawfully within a vehicle in an apartment parking lot near Taylor Street and 7th Avenue in Purcell, Oklahoma.

6. On the same date, Officer Steely of the Purcell Police Department unlawfully and unreasonably began to place Mr. Barger under arrest with no objective articulable facts or probable cause of an unlawful act or reasonable suspicion to question Plaintiff.

7. Officer Steely then unreasonably and unnecessarily grabbed Mr. Barger and placed him in a choke hold.

8.     Officer Steely then pinned Mr. Barger on the ground and began striking him with both closed fists and his elbow in Mr. Barger's face and head area.

9.     The excessive force used by Officer Steely caused Plaintiff lacerations, bruising, a concussion and mental and emotional injuries.

10.    Defendant Blake Steely, at all times, was acting under the color of state law.

11.    Defendant Blake Steely was acting pursuant to a custom or policy of the City of Purcell, and/or the City of Purcell and its Police Department failed to train, supervise and/or run a background check on Officer Blake Steely prior to the incident described.

12.    On September 6, 2016, Plaintiff filed a Notice of Tort Claim with the Clerk of the City of Purcell.

13.    On December 5, 2016, Plaintiff's Notice of Tort Claim was deemed denied by operation of law. This case is timely filed within 180 days thereafter.

## COUNT I

For his first cause of action, Plaintiff alleges as follows:

14.    Plaintiff adopts an incorporates the allegations contained in the paragraphs 1 through 13 of the Statement of Facts herein.

15.    Defendant Officer Steely, at all times, was acting pursuant to a custom or policy of Defendant City of Purcell wherein the City failed to train, supervise and/or run a background check of the police officers of the City of Purcell.

16.    Such policies, implemented by the Defendant City of Purcell and/or the final

decision-maker, constitute violations of the Plaintiff's rights as set forth under the Fourth and Fourteenth Amendments to the United States Constitution, and this claim is brought against the Defendants pursuant to 42 U.S.C. § 1983.

17. As a result of Defendants' actions, custom or policy, Plaintiff has suffered a violation of his rights, severe physical, mental and emotional injury in an amount to be determined by the jury.

## COUNT II

For his second cause of action, Plaintiff alleges as follows:

18. Plaintiff adopts and incorporates the allegations contained in paragraphs 1 through 17 herein.

19. The actions described above constitute a violation of Plaintiff's right to be protected from the use of excessive force under the Fourth and Fourteenth Amendments to the United States Constitution, and this claim is brought against Defendant Steely in his individual capacity, pursuant to 42 U.S.C. § 1983.

20. As damages, Plaintiff has suffered severe physical, mental and emotional injury in an amount to be determine by the jury.

21. Such actions by the Defendants were willful or deliberately indifferent, and as such Plaintiff is entitled to punitive damages which should by assessed against the Defendant.

## COUNT III

For his third cause of action, Plaintiff alleges as follows:

22. Plaintiff adopts and incorporates the allegations contained in paragraphs 1 through 21 herein.

21. The Defendants in their interaction with Plaintiff owed Plaintiff a duty of care.

22. Defendants violated their duty of care to the Plaintiff, and as such the actions of Defendants, including but not limited to negligent hiring, training and/or supervision of its officers, resulted in damages to the Plaintiff, including physical injury and severe emotional distress.

23. The actions described above constitute the tort of negligence, and this claim is brought against all Defendants.

24. As damages, Plaintiff has suffered severe physical, mental and emotional injury in an amount to be determined by the jury.

25. Plaintiff is entitled to damages, including punitive damages, to the extent recognized and allowed under the laws of the State of Oklahoma.

## COUNT IV

For his fourth cause of action, Plaintiff alleges as follows:

26. Plaintiff adopts and incorporates the allegations contained in paragraphs 1 through 25 herein.

27. Officer Steely was acting under the color of law at the time that he unlawfully

arrested Plaintiff.

28. Officer Steely was purportedly acting to enforce Purcell and/or Oklahoma law pursuant to the authority granted to him by the City of Purcell.

29. The City of Purcell and its police department is responsible for the hiring, training, firing, promoting and disciplining of Purcell police officers.

30. Officer Steely unlawfully ordered Plaintiff to be placed under arrest without any articulable probable cause of an offense which unlawfully seized the Plaintiff.

31. The actions taken by Officer Steely exhibited a deliberate indifference to the constitutionally protected rights of the Plaintiff on the part of Defendants and said actions were taken under the color of law pursuant to the authority granted to Officer Steely as an City of Purcell police officer.

32. As a direct and proximate result of the above described unlawful actions, Plaintiff suffered a prohibited deprivation of his liberty in that he was unlawfully seized in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

33. Consequently, Plaintiff is entitled to damages and other relief as set forth herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgment granting the following relief as against the Defendants herein:

34. Damages in excess of Seventy-five Thousand Dollars ($75,000.00) against the

Defendants in an amount sufficient Mr. Barger for:

    A.    The conscious pain, suffering and mental anguish suffered by Christopher Barger;

    B.    Medical bills incurred;

    C.    Violation of Constitutional rights;

    D.    Punitive damages as determined by a jury;

    E.    Reasonable attorney fees, expert fees and costs allowable under 42 U.S.C. § 1988;

    F.    Any other relief as this court deems just and proper.

    G.    Plaintiff requests a jury trial.

Respectfully submitted,
WALSH & WALSH, P.L.L.C.

/s/ Micky Walsh
Micky Walsh, OBA No. 9327
Derek S. Franseen, OBA No. 30557
4508 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 843-7600
Facsimile: (405) 606-7050
Attorneys for Plaintiff